No. 554. LEITHAUSER *v.* HARTFORD FIRE INSURANCE Co. November 25, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. T. T. Ansberry* for petitioner. *Mr. Harold*

*W. Fraser* for respondent.